No. 772, Misc. STILES *v.* UNITED STATES. C. A. 1st Cir. Motion for leave to proceed *in forma pauperis* granted. Certiorari granted and case transferred to appellate docket. *Solicitor General Griswold* for the United States.

No. 1227. STRAUSS *v.* GRIMES, SHERIFF. Sup. Ct. Ga. Certiorari denied. *Arthur B. Cunningham, Philip T. Weinstein,* and *Harold Karp* for petitioner. *J. Walter LeCraw, J. Robert Sparks,* and *Lewis R. Slaton* for respondent.

No. 1228. THOMPSON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *William Klein* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Mervyn Hamburg* for the United States.

No. 1233. BURKE *v.* CARPENTER ET AL. C. A. 9th Cir. Certiorari denied. *Solicitor General Griswold* for the United States in opposition.

No. 1237. BENSON *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *G. Edward Friar* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Robert G. Maysack* for the United States.

No. 1244. WILSON *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied. *George R. Maury* for petitioner.